# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ROBERT ANTOINE

VERSUS

NATIONAL LIABILITY AND
FIRE INSURANCE COMPANY, ET AL.

CIVIL ACTION

17-408-SDD-EWD

## RULING

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated January 3, 2018, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's claims against Defendant, Larry Meeks, are dismissed without prejudice, pursuant to Local Civil Rule 41(b)(A). Further, this *Ruling* will allow for reinstatement of the action against Defendant, Larry Meeks, within thirty days for good cause shown.

Baton Rouge, Louisiana the 29 day of January, 2018.

*[signature]*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 16.